STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
969 Hilgard Avenue
Los Angeles, California 90024
(949) 636-1391 (Phone)

Attorney(s) for Plaintiff Digital Verification Systems, LLC

DOUGLAS Q. HAHN, SBN 257559
 dhahn@stradlinglaw.com
SALIL BALI, SBN 263001
 sbali@stradlinglaw.com
AHMAD S. TAKOUCHE, SBN 322911
 atakouche@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949 725 4000
Facsimile: 949 725 4100

Attorneys for Defendant
Kofax, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC,<br><br>              Plaintiff,<br><br>     vs.<br><br>KOFAX, INC.,<br><br>              Defendant. | CASE NO. 8:22-cv-00854-JVS<br><br>Honorable James V. Selna<br><br>**JOINT SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed: April 21, 2022<br>Current Response Date: June 25, 2022<br>New Response Date: July 25, 2022 |

    Plaintiff Digital Verification Systems, LLC ("Plaintiff"), and Defendant Kofax, Inc. ("Defendant"), through their undersigned counsel, hereby jointly submit this stipulation to extend Defendant's time to respond to Plaintiff's Complaint to and including July 25, 2022.

    WHEREAS, Plaintiff filed its initial Complaint in this action on April 11, 2022;

    WHEREAS, Plaintiff served Defendant with the Summons and Complaint on May 5, 2022;

    WHEREAS, the parties agreed to an initial 30-day extension for Defendant to respond to the Complaint up to and including June 25, 2022;

    WHEREAS, the parties have been discussing terms that may lead to a resolution of this case;

    WHEREAS, the parties believe that a further 30-day extension would significantly facilitate those discussions;

    THEREFORE, it is hereby stipulated by and between the Parties, subject to the Court's approval, that Defendant's time to respond to the Complaint shall now be extended by a further 30-days up to and including July 25, 2022.

DATED:  June 22, 2022    SML AVVOCATI, P.C.

    By:  */s/ Stephen M. Lobbin*
           Stephen M. Lobbin

    Attorneys for Plaintiff,
    Digital Verification Systems, LLC.

DATED:  June 22, 2022    STRADLING YOCCA CARLSON & RAUTH
    A Professional Corporation

    By:  */s/ Douglas Q. Hahn*
           Douglas Q. Hahn
           Salil Bali
           Ahmad S. Takouche

    Attorneys for Defendant Kofax, Inc.

## FILER'S ATTESTATION

I, Douglas Q. Hahn, pursuant to L.R. 5-4.3.4(a)(2)((i), attest that concurrence in the filing of this Stipulation has been obtained from each of the other signatories listed above.

DATED: June 22, 2022         */s/ Douglas Q. Hahn*
                             Douglas Q. Hahn