STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Digital Verification Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

**DIGITAL VERIFICATION SYSTEMS, LLC,**

         *Plaintiff,*

v.

**KOFAX, INC.,**

         *Defendant.*

**CASE NO.: 8:22-cv-00854-JVS-ADS**

**PATENT CASE**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

     Digital Verification Systems, LLC ("Plaintiff" and/or "DVS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Kofax Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

1  Dated: June 28, 2022                    Respectfully submitted,

2
                                           */s/Stephen M. Lobbin*
3                                          Stephen M. Lobbin
                                           sml@smlavvocati.com
4                                          SML AVVOCATI P.C.
                                           888 Prospect Street, Suite 200
5                                          San Diego, California 92037
                                           (949) 636-1391 (Phone)
6

7

8                                          ***Attorney(s) for Plaintiff***

9                            **<u>CERTIFICATE OF SERVICE</u>**

10        I hereby certify that on June 28, 2022, I electronically filed the above

11  document(s) with the Clerk of Court using CM/ECF which will send electronic

12  notification of such filing(s) to all registered counsel.

13

14                                         */s/Draft*
                                           Stephen M. Lobbin
15

16

17

18

19

20

21

22

23

24

25

26

27

28